IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CORDELIA M. HARMON,                              )
                                                 )
            Plaintiff,                           )
                                                 )
      v.                                         )        Civil Action No. 06-385-KAJ
                                                 )
LAUREL SCHOOL DISTRICT BOARD OF                  )
EDUCATION,                                       )
                                                 )
            Defendant.                           )

**ORDER**

At Wilmington this 12th day of December, 2006, the complaint in the above-caption ed case having been filed on June 14, 2006;

IT IS ORDERED that, on or before **January 12, 2007**, plaintiff Cordelia M. Harmon shall show cause why this case should not be dismissed for failure to serve process upon defendant Laurel School District Board of Education, within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE