IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDELIA M. HARMON, | ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 06-385-KAJ |
| LAUREL SCHOOL DISTRICT BOARD OF EDUCATION, | ) ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington, this **6th** day of **February, 2007**, plaintiff having failed to inform the Court of her intention to pursue this litigation as directed in the Court's order issued on December 12, 2006 (D.I. 3);

IT IS ORDERED that the above captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE